| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**1. Person Reporting** (last name, first, middle initial)

Lawson, Jr., Roger H

**2. Court or Organization**

Middle District, Georgia

**3. Date of Report**

05/08/2006

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge, Active

**5a. Report Type** (check appropriate type)

☐ Nomination, Date
☐ Initial   ☒ Annual   ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2005
to
12/31/2005

**7. Chambers or Office Address**

P.O. Box 838
475 Mulberry Street
Macon, Georgia 31202

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2006 MAY 22 P 12: 14

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Georgia Judicial Retirement System | $ 81939 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Teacher's Retirement System of Georgia |
| 2. 2005 | First United Methodist Church |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ~~FEDERAL JUDGE ASSOCIATION~~ DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN ALBANY ON JANUARY 14TH--$81.00 |
| 2. ~~FEDERAL JUDGE ASSOCIATION~~ DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN COLUMBUS ON MARCH 25TH--$96.00 |
| 3. FEDERAL JUDGE ASSOCIATION | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN WASHINGTON, D.C. ON MAY 14-16--$530.00 |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. AMSouth Bancorporation Common Stock | B | Dividend | K | T | | | | | |
| 3. Coca-Cola Common Stock | B | Dividend | K | T | | | | | |
| 4. Peach State Reserves | | | | | | | | | |
| 5. --Georgia Fixed Income Option | | None | K | T | | | | | |
| 6. Salomon Smith Barney IRA | | | | | | | | | |
| 7. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 8. --Lincoln National Life Legacy III Plus | | None | K | T | | | | | |
| 9. Salomon Smith Barney IRA | | | | | | | | | |
| 10. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 11. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 12. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | K | T | | | | | |
| 13. ▮▮▮▮cres, Pulaski County, GA | C | Rent | M | T | | | | | |
| 14. Evergreen Investment | A | Dividend | K | T | | | | | |
| 15. Rental House, Watson St. Hawkinsville, GA. | C | Rent | K | W | | | | | |
| 16. Subdivision, Pulaski County, Georgia Und. Interest | | | K | W | Sell | 04/15 | J | C | |
| 17. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Salomon Smith Barney | | | | | | | | | |
| 19. --Citibank NA | A | Interest | J | T | | | | | |
| 20. --Ariba Inc. New | | None | J | T | | | | | |
| 21. --Lucent Technologies, Inc. | | None | J | T | | | | | |
| 22. --Nuveen georgia Muni Bond Fund | D | Dividend | M | T | | | | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Salomon Smith Barney | | | | | | | | | |
| 25. --Citibank NA | A | Interest | J | T | | | | | |
| 26. --A T & T | A | Dividend | J | T | Merger | | | | |
| 27. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 28. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 29. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 30. --Chesapeake Energy Corp | A | Dividend | K | T | | | | | |
| 31. --Capital World Growth & Income Fund Cl B | A | Dividend | J | T | | | | | |
| 32. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 33. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 34. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --General Electric Co., Common | A | Dividend | J | T | | | | | |
| 36. --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 37. --E I Dupont De Nemours & Co. Common | A | Dividend | J | T | | | | | |
| 38. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 39. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 40. --Intel Corp. Common | A | Dividend | J | T | | | | | |
| 41. --Kripsy Kreme Doughnuts, Inc. | | None | J | T | | | | | |
| 42. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 43. --McDonald's Corp. Common | A | Dividend | J | T. | | | | | |
| 44. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Merck & Co. Inc. Common | A | Dividend | J | T | | | | | |
| 46. --Merrill Lynch & Co., Inc. Common | A | Dividend | J | T | | | | | |
| 47. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 48. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 49. --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 50. --Smith Barney Aggressive Growth Fund Cl B | | None | J | T | | | | | |
| 51. --Smith Barney Appreciation Fund CL B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Smith Barney Small Cap Value Fund Class B | A | Dividend | J | T | | | | | |
| 53. --Smith Barney Fundamental Value Fund Cl A | B | Distribution | K | T | | | | | |
| 54. --Smith Barney Dividend & Income Fund Class B | A | Dividend | K | T | | | | | |
| 55. --Van Kampen Equity and Income Fund Class B | B | Distribution | K | T | | | | | |
| 56. --Washington Mutual Investors Fund Class A | B | Dividend | L | T | | | | | |
| 57. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 58. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 59. --Nasdaq 100 Trust Ser I | A | Dividend | J | T | | | | | |
| 60. --Microsoft Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 8 of 9

Name of Person Reporting

Lawson, Jr., Roger H

Date of Report

05/08/2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 5--Line 31-- Stock acquired from merger with SBC Communications

Page 4--Line 1-- Mgeorgia Bankshares Common Stock changed its name to Sunmark Bancshares, Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____ 5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF GEORGIA

475 MULBERRY STREET

POST OFFICE BOX 838

MACON, GEORGIA 31202

**SELF INITIATED
AMENDMENT**

CHAMBERS OF

**HUGH LAWSON**

JUDGE

AREA CODE 478

TEL: 752-3591

FAX: 752-8164

September 1, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

Dear Committee:

In my recent 2005 Financial Disclosure Report I inadvertently failed to list a stock that I bought in 2005.

The description of the stock is "Georgia Trust Bancshares, Inc."; there was no income during the reporting period; future income will be in the form of a dividend.

The columns under D. should read as follows:

D. (1) buy
D. (2) 3/18
D. (3) J
D. (4) no gain
D. (5) self

Please attach this to my report and let me know if you have any questions.

Sincerely



Hugh Lawson

HL/nbp

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, Jr., Roger H | Middle District, Georgia | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 838 <br> 475 Mulberry Street <br> Macon, Georgia 31202 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | Georgia Judicial Retirement System | $ 81939 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Teacher's Retirement System of Georgia |
| 2. 2005 | First United Methodist Church |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN ALBANY ON JANUARY 14TH--$81.00 |
| 2. DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN COLUMBUS ON MARCH 25TH--$96.00 |
| 3. FEDERAL JUDGE ASSOCIATION | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN WASHINGTON, D.C. ON MAY 14-16--$530.00 |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. AMSouth Bancorporation Common Stock | B | Dividend | K | T | | | | | |
| 3. Coca-Cola Common Stock | B | Dividend | K | T | | | | | |
| 4. Peach State Reserves | | | | | | | | | |
| 5. --Georgia Fixed Income Option | | None | K | T | | | | | |
| 6. Salomon Smith Barney IRA | | | | | | | | | |
| 7. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 8. --Lincoln National Life Legacy III Plus | | None | K | T | | | | | |
| 9. Salomon Smith Barney IRA | | | | | | | | | |
| 10. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 11. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 12. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | K | T | | | | | |
| 13. ▆▆▆▆Pulaski County, GA | C | Rent | M | T | | | | | |
| 14. Evergreen Investment-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 15. Rental House, ▆▆▆▆Hawkinsville, GA. | C | Rent | K | W | | | | | |
| 16. Subdivision, Pulaski County, Georgia Und. Interest | D | *Sales* | K | W | Partial Sell | 04/15 | J | C | |
| 17. Rental House, ▆▆▆▆ Hawkinsville, GA. Und. Inter | D | Rent | K | ·W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Salomon Smith Barney | | | | | | | | | |
| 19. --Citibank NA | A | Interest | J | T | | | | | |
| 20. --Ariba Inc. New | | None | J | T | | | | | |
| 21. --Lucent Technologies, Inc. | | None | J | T | | | | | |
| 22. --Nuveen georgia Muni Bond Fund | D | Dividend | M | T | | | | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Salomon Smith Barney | | | | | | | | | |
| 25. --Citibank NA | A | Interest | J | T | | | | | |
| 26. --A T & T | A | Dividend | J | T | Merger | | | | |
| 27. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 28. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 29. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 30. --Chesapeake Energy Corp | A | Dividend | K | T | | | | | |
| 31. --Capital World Growth & Income Fund Cl B | A | Dividend | J | T | | | | | |
| 32. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 33. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 34. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --General Electric Co., Common | A | Dividend | J | T | | | | | |
| 36. --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 37. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 38. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 39. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 40. --Intel Corp. Common | A | Dividend | J | T | | | | | |
| 41. --Kripsy Kreme Doughnuts, Inc. | | None | J | T | | | | | |
| 42. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 43. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 44. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Merck & Co. Inc. Common | A | Dividend | J | T | | | | | |
| 46. --Merrill Lynch & Co., Inc. Common | A | Dividend | J | T | | | | | |
| 47. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 48. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 49. --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 50. --Smith Barney Aggressive Growth Fund Cl B | | None | J | T | | | | | |
| 51. --Smith Barney Appreciation Fund CL B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Smith Barney Small Cap Value Fund Class B | A | Dividend | J | T | | | | | |
| 53. --Smith Barney Fundamental Value Fund Cl A | B | Distribution | K | T | | | | | |
| 54. --Smith Barney Dividend & Income Fund Class B | A | Dividend | K | T | | | | | |
| 55. --Van Kampen Equity and Income Fund Class B | B | Distribution | K | T | | | | | |
| 56. --Washington Mutual Investors Fund Class A | B | Dividend | L | T | | | | | |
| 57. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 58. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 59. --Nasdaq 100 Trust Ser I | A | Dividend | J | T | | | | | |
| 60. --Microsoft Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 5--Line 31-- Stock acquired from merger with SBC Communications

Page 4--Line 1-- Mgeorgia Bankshares Common Stock changed its name to Sunmark Bancshares, Inc.

Page 4--Line 16--These funds were derived from an undivided interest in the sale of lots in the subdivision. Several lots in the subdivision remain to be sold.

Part VII, Page 1--Lines 12-14 and 18 and Page 2, Lines 19 and 20 from the 2004 report, were not listed on the 2005 report due to the fact that they were sold in 2004 and not deleted off of the 2004 return.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date_____ 8/16/06

NOTE: ANY _____ KNOWINGLY AND _____ TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544